1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Lawrence Green

6

7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GREEN, | No. 1:14-CV-01824---MJS |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR KOROOSH ZAGHI TO RESPOND TO THE COMPLAINT BY MORE THAN 28 DAYS; ORDER** |
| vs. | |
| ASHLAN PARK CENTER, LLC, a Delaware limited liability company; KOROOSH ZAGHI dba ARBY'S #5524, | |
| Defendants. | |

WHEREAS, Plaintiff, Lawrence Green ("Green") alleges that a responsive pleading of Defendant, Koroosh Zaghi ("Zaghi"), is due January 8, 2015;

WHEREAS, Green and Zaghi are exploring settlement which would resolve all of Green's claims against all Defendants, which settlement negotiations include obtaining a report of a California Certified Access Specialist, reviewing the consultant's findings, and discussing barrier removal and settlement as appropriate, all of which, given the holidays, is anticipated to take at least 45 days;

WHEREAS, Green and Zaghi therefore wish to extend the time Zaghi's responsive pleading would be due to February 9, 2015, over twenty-eight days from the initial date that

1  plaintiff alleges that his responsive pleading was due, thereby requiring approval of the Court
2  under Local Rule 144;
3     WHEREAS, continuing the deadline for Zaghi's responsive pleading to be filed to
4  February 9, 2015 will not interfere with any dates or events already set by the Court, including
5  the scheduling conference which is set for February 26, 2015.
6     NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Green and Zaghi,
7  by and through their attorneys, that Zaghi shall have to and including February 9, 2015 within
8  which to file his responsive pleading in this matter.

10 Dated: December 19, 2014             MOORE LAW FIRM, P.C.

                                        */s/ Tanya E. Moore*
12                                      Tanya E. Moore
                                        Attorneys for Plaintiff
13                                      Lawrence Green

                                        */s/ Anthony E. Goldsmith*
15                                      Anthony E. Goldsmith
                                        Attorney for Defendant,
16                                      Koroosh Zaghi

18                              **ORDER**

19    The parties having so stipulated and good cause appearing,

21    **IT IS HEREBY ORDERED** that Defendant Koroosh Zaghi may have to and
22 including February 9, 2015 within which to file a responding pleading in case
23 No. 1:14-CV-01824---MJS.

25 IT IS SO ORDERED.

27    Dated:  December 19, 2014        /s/ *Michael J. Seng*
28                                     UNITED STATES MAGISTRATE JUDGE

1  .

2

3  .

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME FOR KOROOSH ZAGHI TO RESPOND TO THE COMPLAINT; [PROPOSED] ORDER