1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Lawrence Green
6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11  LAWRENCE GREEN,                          )   No.  1:14-cv-01824---MJS
                                             )
12            Plaintiff,                     )   **STIPULATION FOR EXTENSION OF**
                                             )   **TIME FOR DEFENDANT ASHLAN**
13       vs.                                 )   **PARK CENTER, LLC TO RESPOND TO**
                                             )   **COMPLAINT BY MORE THAN 28**
14  ASHLAN PARK CENTER, LLC, a Delaware      )   **DAYS; ORDER**
    limited liability company, et al.,       )
15                                           )
                                             )
16            Defendants.                    )
                                             )

17

18       WHEREAS, Plaintiff, Lawrence Green ("Green") alleges that a responsive pleading of

19  Defendant, Ashlan Park, LLC, a Delaware limited liability company ("Ashlan Park"), was due

20  December 15, 2014;

21       WHEREAS, the parties are exploring settlement which would resolve all of Green's

22  claims against all defendants, which settlement negotiations include obtaining a report of a

23  California Certified Access Specialist, reviewing the consultant's findings, and discussing

24  barrier removal and settlement as appropriate, all of which, given the holidays, is anticipated to

25  take at least 45 days;

26       WHEREAS, Green and Ashlan Park therefore wish to extend the time Ashlan Park's

27  responsive pleading would be due to February 9, 2015, over twenty-eight days from the initial

28  date that plaintiff alleges that its responsive pleading was due, thereby requiring approval of the

Court under Local Rule 144;

WHEREAS, continuing the deadline for Ashlan Park's responsive pleading to be filed to February 9, 2015 will not interfere with any dates or events already set by the Court, including the scheduling conference which is set for February 26, 2015.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Green and Ashlan Park, by and through their attorneys, that Ashlan Park shall have to and including February 9, 2015 within which to file its responsive pleading in this matter.

Date: December 23, 2014                    MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Lawrence Green

Date: December 23, 2014                    FORD, WALKER, HAGGERTY & BEHAR, LLP

*/s/ Tina I. Mangarpan*
Tina I. Mangarpan
Attorneys for Defendant
Ashlan Park Center, LLC, a Delaware limited liability company

## ORDER

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Ashlan Park, LLC, a Delaware limited liability company, may have to and including February 9, 2015 within which to file a responding pleading.

IT IS SO ORDERED.

Dated:   December 23, 2014           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR EXTENSION OF TIME; ORDER