Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Lawrence Green

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GREEN, <br><br> Plaintiff, <br><br> vs. <br><br> ASHLAN PARK CENTER, LLC, a Delaware limited liability company, et al. <br><br> Defendants. | Case No.: 1:14-CV-01824-MJS <br><br> **STIPULATION TO AMEND SCHEDULING ORDER; ORDER THEREON** |

Plaintiff, Lawrence Green ("Plaintiff"), and Defendants, Ashlan Park Center, LLC, a Delaware limited liability company; and Koroosh Zaghi dba Arby's #5524 ("Defendants," and together with Plaintiff, "the Parties"), together request that the Court amend the Scheduling Order as follows:

**WHEREAS**, on March 24, 2015, the Court issued a Scheduling Order (Dkt. 20) ("Scheduling Order"), which sets a deadline to amend the pleadings of May 22, 2015;

**WHEREAS**, on April 1, 2015, Plaintiff properly noticed a site inspection of the subject Arby's #5524 ("the Facility") to take place on May 4, 2015, following attempts to coordinate the date of the inspection with Defendants;

**WHEREAS**, on April 30, 2015 at approximately 5:00 p.m., Plaintiff was served via

STIPULATION TO AMEND SCHEDULING ORDER; [PROPOSED] ORDER

1

1  email with an objection by the named tenant defendant, Koroosh Zaghi, on the basis that he
2  was not the tenant at this location, and had no authority to permit the inspection because he
3  does not own or operate the Facility. Instead, he advised that Little Rock Management, Inc. (of
4  which he is a principal) is the tenant in control of the Facility. This was the first time that
5  Plaintiff was advised that this entity was the proper tenant and operator of the Facility;

6  **WHEREAS**, Plaintiff advised the landlord defendant, Ashlan Park Center, LLC, that it
7  was obligated to have ensured with the tenant that the site inspection would go forward;

8  **WHEREAS**, Ashlan Park Center, LLC allowed the inspection to go forward as to the
9  common areas of the shopping center and notified the principal of Little Rock Management,
10 Koroosh Zaghi, on May 1, 2015 that an inspection was being requested of the interior of
11 Arby's on May 4, 2015. Ashlan Park Center, LLC did not believe that it had authority to allow
12 an interior inspection of Arby's absent the consent of the tenant but also indicated that it had no
13 objection;

14 **WHEREAS**, on May 4, 2015, an inspection was conducted by Plaintiff's consultant of
15 the exterior of the Facility, but he was denied access to the interior by Little Rock
16 Management, Inc.'s onsite management staff;

17 **WHEREAS**, Defendant Koroosh Zaghi asserts that as he is not the tenant or operator
18 of the Facility and cannot provide consent to an inspection of the property, therefore no
19 inspection can take place until Little Rock Management, Inc. is named;

20 **WHEREAS,** Plaintiff contends he is unable to amend his complaint to include
21 additional barriers to his full and equal access which may exist at the Facility, as Plaintiff
22 asserts is urged and required by the Ninth Circuit (Chapman v. Pier 1 Imports (U.S.) Inc., 631
23 F.3d 939, 944 (9th Cir. 2011); Oliver v. Ralphs Grocery Co., 654 F.3d 903, 909 (9th Cir.
24 2011)), until his consultant is permitted to inspect the interior of the Facility;

25 **WHEREAS,** counsel for Defendants have indicated that they will stipulate to the filing
26 of an amended complaint which will solely add the newly discovered business owner, after
27 which Plaintiff will need time to effect service of the amended complaint on the new
28 defendant, re-notice and conduct his site inspection, and thereafter await his consultant's report

1  and amend his complaint to add any additional barriers identified during the inspection of the
2  Facility;
3      **WHEREAS**, Ashlan Park Center, LLC contends that all readily achievable charges to
4  the common area parking have been completed.  Plaintiff disagrees with this contention.
5      **NOW, THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE**
6  **COUNSEL, HEREBY STIPULATE AND AGREE** to amend the Scheduling Order as
7  follows:

| Event | Current Date | New Date |
|---|---|---|
| Deadline to amend pleadings | May 22, 2015 | September 4, 2015 |
| Non-expert discovery cutoff | October 23, 2015 | February 5, 2016 |
| Expert discovery cutoff | January 15, 2016 | May 13, 2016 |
| Expert disclosures | November 6, 2015 | March 18, 2016 |
| Rebuttal expert disclosures | November 20, 2015 | April 1, 2016 |
| Non-dispositive motion filing deadline | January 15, 2016 | May 13, 2016 |
| Dispositive motion filing deadline | February 19, 2016 | June 24, 2016 |
| Dispositive motion hearing | March 11, 2016 | July 22, 2016 |
| Pretrial conference | April 15, 2016 | August 19, 2016 |
| Jury Trial | May 24, 2016 | September 27, 2016 |

    All other requirements set forth in the Scheduling Order relating to the above shall remain unchanged.

**IT IS SO STIPULATED**.

Dated: May 7, 2015                    MOORE LAW FIRM, P.C.

                        */s/ Tanya E. Moore*
                        Tanya E. Moore
                        Attorney for Plaintiff,
                        Lawrence Green

STIPULATION TO AMEND SCHEDULING ORDER; [PROPOSED] ORDER

3

1
2                                          FORD, WALKER, HAGGERTY & BEHAR

3
4                                          */s/ Tina I. Mangarpan*
                                          Tina I. Mangarpan
5                                          Attorneys for Defendant,
                                          Ashlan Park Center, LLC
6
                                          THE METTIAS LAW FIRM
7
8                                          */s/ Jimmy Philip Mettias*
                                          Jimmy Philip Mettias
9                                          Attorneys for Defendant,
10                                        Koroosh Zaghi dba Arby's #5524

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO AMEND SCHEDULING ORDER; [PROPOSED] ORDER

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Scheduling Order issued March 24, 2015 (Dkt. 20) is hereby amended as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Last day to amend complaint | May 22, 2015 | September 4, 2015 |
| Non-expert discovery cutoff | October 23, 2015 | February 5, 2016 |
| Expert discovery cutoff | January 15, 2016 | May 13, 2016 |
| Expert disclosures | November 6, 2015 | March 18, 2016 |
| Rebuttal expert disclosures | November 20, 2015 | April 1, 2016 |
| Non-dispositive motion filing deadline | January 15, 2016 | May 13, 2016 |
| Dispositive motion filing deadline | February 19, 2016 | June 24, 2016 |
| Dispositive motion hearing | March 11, 2016 | July 22, 2016 |
| Pretrial conference | April 15, 2016 | August 19, 2016 |
| Jury Trial | May 24, 2016 | September 27, 2016 |

All other requirements set forth in the Scheduling Order relating to the above shall remain unchanged.

IT IS SO ORDERED.

Dated:   May 11, 2015                              /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION TO AMEND SCHEDULING ORDER; [PROPOSED] ORDER

5