Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Lawrence Green

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GREEN,<br><br>       Plaintiff,<br><br>    vs.<br><br>ASHLAN PARK CENTER, LLC, et al.,<br><br>       Defendants. | No. 1:14-cv-01824-MJS<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Lawrence Green ("Plaintiff"), and Defendants, Ashlan Park Center, LLC, and Koroosh Zaghi dba Arby's #5524 (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed. If a Defendant does not file a responsive pleading within that period, all of that party's

1  denials, responses, and affirmative defenses contained in its original Answer filed herein shall
2  be deemed as responsive to the First Amended Complaint. However, Little Rock Management,
3  Inc. shall be properly served with the summons and First Amended Complaint and its response
4  thereto shall be due pursuant to Federal Rules of Civil Procedure.

5  **IT IS SO STIPULATED**.

6  Dated: May 12, 2015                              MOORE LAW FIRM, P.C.

                                                    */s/ Tanya E. Moore*
                                                    Tanya E. Moore
                                                    Attorney for Plaintiff,
                                                    Lawrence Green

                                                    FORD, WALKER, HAGGERTY & BEHAR


                                                    */s/ Tina I. Mangarpan*
                                                    Tina I. Mangarpan
                                                    Attorneys for Defendant,
                                                    Ashlan Park Center, LLC

                                                    THE METTIAS LAW FIRM


                                                    */s/ Jimmy Philip Mettias*
                                                    Jimmy Philip Mettias
                                                    Attorneys for Defendant,
                                                    Koroosh Zaghi dba Arby's #5524


## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed. If a Defendant does not file a responsive pleading within that period, all of that party's denials, responses, and affirmative defenses contained in its original Answer filed herein shall be deemed as responsive to the

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

First Amended Complaint. However, Little Rock Management, Inc. shall be properly served with the summons and First Amended Complaint and its response thereto shall be due pursuant to Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: __May 12, 2015__                    /s/ *Michael J. Seng*
                                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER