1

2

3

4                        UNITED STATES DISTRICT COURT

5                        EASTERN DISTRICT OF CALIFORNIA

6

7    LAWRENCE GREEN,                        No. 1:14-CV- 1824-MJS

8              Plaintiff,

9       v.                                  **ORDER RE: DISPOSITIVE DOCUMENTS**
                                            **AFTER NOTICE OF SETTLEMENT**
10   ASHLAN PARK CENTER, LLC, a
     Delaware limited liability company, et.
11   al.,
                                            **DISPOSITIVE DOCUMENTS SHALL BE**
12             Defendants.                  **FILED WITHIN 30 DAYS**

13                                          **(ECF NO. 45)**

14

15        On August 28, 2015,  Plaintiff, Lawrence Green, notified the Court that this matter

16   had settled.  In accordance with the provisions of Local Rule 160 (Fed. R. Civ. P. 16),

17   the Court orders that all dispositive documents be submitted within 30 days of the date of

18   this Order. Any request for an extension of time to comply with this Order must be filed

19   before expiration of the time set here and and include good cause for the alleged

20   inability to comply.

21        Failure to comply with this Order may be grounds for the imposition of sanctions.

22        ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY

23   VACATED.

24
     IT IS SO ORDERED.
25

26   Dated:   August 31, 2015              /s/ *Michael J. Seng*

27                                         UNITED STATES MAGISTRATE JUDGE

28

                                           1