Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorney for Plaintiff
Lawrence Green

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GREEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>ASHLAN PARK CENTER, LLC, a Delaware limited liability company, et al.<br><br>        Defendants. | No.  1:14-cv-01824-MJS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER THEREON** |

1    IT IS HEREBY STIPULATED by and between Plaintiff Lawrence Green and
2 Defendants Ashlan Park Center, LLC, Koroosh Zaghi dba Arby's #5524, and Little Rock
3 Management, Inc., dba Arby's #5524, the parties to this action, by and through their respective
4 counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned
5 action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees
6 and costs.

Date: September 29, 2015                    MOORE LAW FIRM, P.C.


                                            /s/ Tanya E. Moore
                                            Tanya E. Moore
                                            Attorney for Plaintiff
                                            Lawrence Green

Date: September 29, 2015                    FORD, WALKER, HAGGERTY & BEHAR


                                            /s/ Tina I. Mangarpan
                                            Tina I. Mangarpan
                                            Attorneys for Defendant,
                                            Ashlan Park Center, LLC

Date: September 29, 2015                    THE METTIAS LAW FIRM


                                            /s/ Jimmy Philip Mettias
                                            Jimmy Philip Mettias
                                            Attorneys for Defendant,
                                            Koroosh Zaghi dba Arby's #5524

## **ORDER**

The parties having so stipulated, this action is dismissed with prejudice in its entirety. Each party to bear its own fees and costs.

IT IS SO ORDERED.


   Dated:   October 5, 2015                 /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE